McDANIELS v. PERKINS ET AL.

1. **Fraudulent Conveyance**: FATHER TO SON: EVIDENCE ESTABLISH-
ING. Upon consideration of the evidence herein, *held* that the court
below was justified in setting aside a conveyance from father to son as
being in fraud of creditors.

*Appeal from Cass District Court.*

THURSDAY, JUNE 12.

ACTION in equity to set aside certain conveyances of real
estate. There was a decree for the plaintiff. The defendants
appeal.

*L. L. Delano*, for appellants.

*Willard & Hopper*, for appellee.

ADAMS, J.—The plaintiff is a judgment creditor of the
defendant, E. G. Perkins. As such he brings this action to
set aside certain conveyances of real estate made by the
debtor to his son, the defendant, D. M. Perkins. The plaint-
iff alleged that the conveyances were made for the purpose
of defrauding the grantor's creditors. The members of this
court have all read the evidence separately, and have reached
the conclusion that the plaintiff's allegations are sustained.
While no one fact is proved which, taken by itself, would
necessarily show fraud, yet we cannot divest ourselves of
the impression that a fraudulent result was intended, when
we look at the case as a whole.

In the determination of such a question, we are not accus-
tomed to set out the evidence upon which our determination
is based. We could not do so without copying into this
opinion a large part of the abstract, and such an extension of
the opinion would serve no useful purpose. We content
ourselves, therefore, with the announcing of our conclusion
that the court below did not err in finding fraud; and the
decree must be

AFFIRMED.